IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORDEN HOLLINGSWORTH,

Plaintiff,

v.

SANOFI-AVENTIS US; CHATTEM INC.; QUTEN RESEARCH INSTITUTE LLC; AMJ SERVICES LLC; STEVEN S. DICKERT, in his capacity as Trustee of BASIL MANAGEMENT TRUST,

Defendants.

No. 3:25-cv-2308-SB

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Beckerman issued a Findings and Recommendation on June 11, 2026, in which she recommends that this Court grant Defendants' motions to dismiss, ECF Nos. 14, 27, and dismiss Plaintiff's claims with prejudice, F&R, ECF No. 43. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 45. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [43]. Therefore, Defendants' Motions to Dismiss [14] [27] are GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED this 31st day of August, 2026.

AMY M. BAGGIO
United States District Judge